IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**FRED SCHUCK**                                                                                     **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 2:06-CV-00027-KS-JMR**

**HALEY BARBOUR,**
**CHRISTOPHER EPPS, et al.**                                                        **DEFENDANTS**

## JUDGMENT

This matter is before the court on Motion to Dismiss **[#48]** filed on behalf of the defendants. The Court, being fully advised in the premises and having entered a separate Order;

It is Ordered and Adjudged:

That the Motion to Dismiss **[#48]** filed on behalf of the defendants is Granted and the plaintiff's Complaint is dismissed without prejudice; and

That any other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the 7th day of August, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE